UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20118-SMITH

**UNITED STATES OF AMERICA**

**vs.**

**DEVIN LOUIS WASHINGTON,**

    **Defendant.**

_____/

**NOTICE OF REASSIGNMENT**

    The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Reassignment as counsel of record in this case. The prior counsel for the United States, Maurice Johnson is no longer counsel of record for the United States in this matter. The undersigned requests to be informed of all future filings in the above captioned case.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By: */s/ Michael Mikulic*
    MICHAEL MIKULIC
    Assistant United States Attorney
    Florida Bar NO.: 125073
    99 Northeast 4th Street, 6th Floor
    Miami, Florida 33132
    Telephone: (305) 961-9280
    Email: Michael.Mikulic@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Michael Mikulic*
MICHAEL MIKULIC
Assistant United States Attorney