UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20118-CR-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs

DEVIN LOUIS WASHINGTON,

    Defendant.
_____/

## JUDGMENT AND COMMITMENT ORDER UPON REVOCATION

THIS CAUSE came before the Court upon Probation's Petition for Offender Under Supervision DE 148. A Final Revocation Hearing was held on April 17, 20205. After a factual proffer given by the government, the defendant admitted to the violations 3-6,8 AND 10 in the petition. The Court found the defendant had violated the terms and conditions of his supervised release. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the defendant's term of Supervised Release is REVOKED. The defendant is remanded into the custody of the bureau of prisons to be imprisoned for a term of **time served.** Upon release from imprisonment, the defendant shall be placed on Supervised Release for a term of **six (6) months**. Additional special condition of supervision, the defendant shall receive drug testing/treatment. It is FURTHER ORDERED that all other terms and conditions of Supervised Release shall remain in full forces and effect.

DONE AND ORDERED in Ft. Lauderdale, Florida this 17th day of April 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE